AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

Title 8 USC Section 1326 - Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

--- DEFENDANT - U.S. ---

▶ ROLANDO BACA-RUIZA (aka Arturo Lopez)

**DISTRICT COURT NUMBER**

CR07-00285 CW

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---

**Name of Complaintant Agency, or Person (&Title, if any)**
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☑ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Bryan Whittaker, SAUSA

--- ADDITIONAL INFORMATION OR COMMENTS ---

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

UNITED STATES OF AMERICA,

v.

ROLANDO BACA-RUIZ
(a/k/a Arturo Lopez)

CR07-00285

DEFENDANT.

## INDICTMENT

8 USC Section 1326 - Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this 10th day of May 2007.

_____ Clerk

Bail, $ No bail, arrest warrant.
5-10-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 MAY 10 AM 11:04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br> Plaintiff,  <br> v.  <br> ROLANDO BACA-RUIZ,  <br> (a/k/a Arturo Lopez)  <br> Defendant. | Criminal No.: CR 07-0285 CW  <br><br> VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation  <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about December 7, 2006, the defendant,

ROLANDO BACA-RUIZ,
(a/k/a Arturo Lopez)

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

BACA-RUIZ INDICTMENT

1 | Section 1326.

3 | DATED:                                A TRUE BILL.

4 | May 10, 2007

5 |                                       *[signature]*
                                          FOREPERSON

7 | SCOTT N. SCHOOLS
    United States Attorney

10 | *[signature]*
     W. DOUGLAS SPRAGUE
11 | Chief, Oakland Branch

14 | (Approved as to form: *[signature]* )
15 |                       SAUSA WHITTAKER

BACA-RUIZ INDICTMENT                      2