UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 5/30/07**

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00285 CW

**Defendant:**  Rolando Baca-Ruiz (present - in custody)


**Appearances for Plaintiff:**
Bryan Whittaker

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**


**Hearing:   Trial Setting**

**Notes:**    The was the defendant's initial appearance before District Judge.  This is a 1326 case, but government will not offer fast-track.  Defense needs to look into defendant's record and see if prior qualifies as an aggravated felony.  Defense does not think there will be motions filed.  **Case continued to 6/20/07 at 2:00 for disposition or trial setting.**  Time excluded for effective preparation for defense to investigate defendant's priors.

Copies to: Chambers