1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BACA-RUIZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )  No. CR 07-00285 CW
12              Plaintiff,             )
                                       )
13         v.                          )  STIPULATION AND [PROPOSED]
                                       )  ORDER CONTINUING STATUS
14                                     )  DATE AND EXCLUSION OF TIME
                                       )
15 ROLANDO BACA-RUIZ,                  )
                                       )
16              Defendant.             )

17

18    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19 this case, currently scheduled for Wednesday, June 20, 2007, before Honorable Judge Claudia

20 Wilken, may be continued one week to Wednesday, June 27, 2007, at 2:00 p.m.  The reason for the

21 continuance is that defense counsel is unavailable on June 20, 2007 and would like to be present for

22 the appearance.  Defense counsel also needs additional time to review the discovery and discuss it

23 with Mr. Baca-Ruiz.  A continuance to June 27, 2007 at 2:00 p.m. will allow defense counsel to be

24 present and also will allow time to review the discovery and continue with the investigation.  The

25

26 parties stipulate that the time from June 20, 2007, to June 27, 2007, should be excluded in

STIP. CONTINUING
STATUS DATE                          - 1 -

1  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for
2  continuity of counsel and for adequate preparation of counsel.

3
4  DATED: 6/15/07                        _____
                                          JOYCE LEAVITT    /S/
5                                         Assistant Federal Public Defender

6
   DATED: 6/15/07                        _____
7                                         BRYAN WHITTAKER    /S/
                                          Special Assistant United States Attorney
8
9      I hereby attest that I have on file all holograph signatures indicated by a "conformed"
   signature ("/S/") within this efiled document.
10
                                          **ORDER**
11
12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case,
13 currently scheduled for Wednesday, June 20, 2007, at 2:00 p.m. shall be continued to Wednesday,
14 June 27, 2007 at 2:00 p.m.
15     IT IS FURTHER ORDERED that the time from June 20, 2007 to June 27 2007, should be
16 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
17 (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends
18 of justice served by the granting of the continuance outweigh the best interests of the public and the
19
20 defendant in a speedy and public trial and the failure to grant the requested continuance would
21 unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
22 taking into account due diligence.
23     SO ORDERED.
24 DATED:                                 _____
25                                         HONORABLE CLAUDIA WILKEN
                                           United States District Judge
26

STIP. CONTINUING
STATUS DATE                              - 2 -