BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant BACA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROLANDO BACA-RUIZ,<br><br>               Defendant. | No. CR 07-00285 CW<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE AND EXCLUSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Wednesday, June 20, 2007, before Honorable Judge Claudia Wilken, may be continued one week to Wednesday, June 27, 2007, at 2:00 p.m.  The reason for the continuance is that defense counsel is unavailable on June 20, 2007 and would like to be present for the appearance.  Defense counsel also needs additional time to review the discovery and discuss it with Mr. Baca-Ruiz.  A continuance to June 27, 2007 at 2:00 p.m. will allow defense counsel to be present and also will allow time to review the discovery and continue with the investigation.  The parties stipulate that the time from June 20, 2007, to June 27, 2007, should be excluded in

STIP. CONTINUING
STATUS DATE                                            - 1 -

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 6/15/07    _____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: 6/15/07    _____
BRYAN WHITTAKER    /S/
Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Wednesday, June 20, 2007, at 2:00 p.m. shall be continued to Wednesday, June 27, 2007 at 2:00 p.m.

IT IS FURTHER ORDERED that the time from June 20, 2007 to June 27 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    6/18/07    _____
HONORABLE CLAUDIA WILKEN
United States District Judge