UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6/27/07

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00285 CW

**Defendant:** Rolando Baca-Ruiz (present - in custody)

**Appearances for Plaintiff:**
Maureen Bessette for Bryan Whittaker

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:   Trial Setting or Disposition

**Notes:** Defense requests continuance.  Defense does not anticipate any motions, but needs to investigate and get records re priors.  **Case continued to 8/15/07 at 2:00 p.m. for status.  Jury Trial (5 days) set for 9/27/07 at 8:30 a.m.; Pretrial Conference set for 9/12/07 at 2:00 p.m.**  Time excluded to 8/15/07 for continuity of counsel and investigation and to 9/27/07 for continuity of counsel and effective preparation.  Copy of Court's Order for Pretrial Preparation given to counsel in court.

Copies to: Chambers