UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/15/07

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00285 CW

**Defendant:** Rolando Baca-Ruiz (present - in custody)

**Appearances for Plaintiff:**
Bryan Whitaker

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

                        **Hearing:  Status**

**Notes:**    Defendant intends to enter guilty plea.  **Case continued to 8/22/07 at 2:00 p.m. for change of plea.**

Copies to: Chambers