UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: August 22, 2007

Plaintiff:  United States

v.                                                  No.  CR-07-00285 CW

Defendant:  Rolando Baca-Ruiz (present - in custody)


Appearances for Plaintiff:
Bryan Whittaker

Appearances for Defendant:
Joyce Leavitt

Interpreter:


Probation Officer:


Speedy Trial Date:


Hearing:   Change of Plea

Notes:     Defendant enters under oath open plea of guilty to Count One of the Indictment charging violation of 18 USC 1826 - Illegal Reentry Following Deporation.  No plea agreement.  Court finds factual basis for plea; Court accepts plea.  PSR requested.  **Judgment and sentencing set for 11/07/07 at 2:00 p.m.**  AFPD to see if a previous PSR had been prepared and may expedite sentencing date.  **Pretrial and trial dates vacated.**

Copies to: Chambers; probation