UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number                 *CR-07-00285 CW*

Defendant's Name            *Rolando Baca-Ruiz*

Defense Counsel             *Joyce Leavitt AFPD*

Referral Date               *8/22/07*

Sentencing Date             *11/7/07 @ 2:00 pm*

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a        __X__ Presentence Investigation

*(Open plea -*                       _____ Pre-Plea Report
*no plea agreement filed)*
                                     _____ Bail Investigation

                                     _____ Bail Supervision

                                     _____ Postsentence Investigation

                                     _____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by:   SHEILAH CAHILL
      Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:    *yes*

Is defendant English-
speaking?                   *yes*

cc: U. S. Probation