# Exhibit A

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

Judge

I Rolando Baca Ruiz here by Respectfully Request you consider this my request for downward departure during my sentencing hearing scheduled for Nov. 7-2007.

The following facts are Respectfully presented for your carefull consideration.

1) My wife Kelly Baca who is a U.S. citizen and my five children (Rolando Baca Jr 23) (Julio Baca 21) (Edgar Baca 18) (Marcos Baca 15) (and Luis Baca 12) were all Born in the U.S. and are U.S. citizens.

(2) I first entered the U.S. in (1972-1977) By simply walking accross the check point in near locations in those days some 30 years ago their were no checks. upon My residence I lawfully Applied for A social security card # 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 and A valid State of California driving licence #

_____

(3) During those years I worked Paid U.S. taxes and attemped to support My family

better but my ignorance of the law at that time or was it just plain machismo Ego or arrogance that drove that decision I am not sure. The reality of that wrong decision weights heavely on me now and is the cause of great Distress to six legal american citizens who have done nothing wrong except love Respect and trust me as there father they are fine examples young american who have up to ~~till~~ till now formed the Back Bones for this great country that I have fought so hard to be part of.

Never the less I Respect the decision of your court and will resolved my self to its wishes upon my release

(1) will move back to mexico upon my release as order By the court

2) My wife is already looking for Job possibilities in CABO SAN LUCAS B.C. mexico And we plan to live as a family of seven once again upon my release and deportation to mexico

please consider a downward departure based upon the above facts so

that I May be deported promptly to Mexico So I May resume my right Full role as head of My Family — and hopefully prevent any of my young children From repeating the many mistakes of My youth For — which I am Truly Sorry For.

Thank you for your consideration in this important matter

Orlando Baca

# Exhibit B

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

This letter is in regards to Rolando Baca Ruiz. My name is Kelly Diane Baca. I am Rolando's wife. I hope this letter can give you a idea to why Rolando continues to return to the United States.

We were married on September 14, 1981, in Reno Nevada. We have five sons, Rolando, Julio, Edgar, Marcos, and Luis. We are all American Citizens. When Rolando was 14 years old, he came here to live in California. I met Rolando in 1980, and have known him to be a hard worker with good family values. We got baptized in the Union City Apostolic Church one week before our marriage. And we have been members ever since. Rolando is a talented painter and has 21 years experience at this occupation. I am a registered dental assistant for 18 years. Rolando Jr. is a bartender, Julio is a landscaper, Edgar is a student and works part time at Walgreens, Marcos and Luis are students. All my sons live with me in Hayward, California. I love my family very much, and I love my husband very much. I believe in him.

In 1989, my husband was employed with a painting company, and while he was painting a house, he fell off a 8 foot ladder. That caused tremendous damage to his back. Unable to work for quit some time and was on disability. That's when he started using drugs to help block out the pain. Through the years, he has been in drug programs, detox clinics , counseling And job retraining for computer skills. All of our martial problems is because of his addiction. And he has been on a maintenance program for methadone. In November 2006, I did have a restraining order against him, because he was being verbally abusive. But have since petitioned the Hayward courts to have that removed. I want to make it clear to you with all our fights over the years, he has never physically hurt, hit or touched me with his hand. It has always been verbally.
 I want to add that through his addition, he has always been employed as a painter and has provided for this family. Not just financially but emotionally. As you can imagine raising sons can be difficult.

The last time Rolando was deported, I moved with him to Mexico. Our three older sons stayed here in California, Edgar wanted to stay in his high school and graduate at James Logan High. But I did bring Marcos and Luis with me. We lived in a apartment in Tijuana. And my husband enrolled the

children in school .

Rolando worked in a factory making furniture during the day and at night he was a security guard. I stayed home and took the children back and forth to school. It was a difficult transition for all of us and we did out best to go forward. While the children were attending school in Tijuana they were being treated with skepticism because they were from the United States. The principal as well as their teachers labeled the children as trouble makers because they were from the United States.

In fact my children were not the only Americans attending this school. There were quit a few American kids going to the same school , living the same life as we were. Father deported, family all American citizens.

We were all doing our best and make a new life with the situation we were in. Before the children were able to attend the school, the principal had a meeting with my husband and I, along with our sons and told us how he felt about all of the American children entering his school. He felt that all the American children were distrustful, who swear at the teachers and cause fights. And he would not have any problems like that at his school. I let our children finish their school year out and decided to go back to California.

I understand the problems my husband is facing. And I do understand that my husband will be deported again. We are planning to make the move back to Mexico and live as a family.

Please take this letter into consideration when you are sentencing my husband.


Sincerely,

Kelly Diane Baca

10/19/07

# Exhibit C

**<u>U.S. v. Rolando Baca Ruiz</u>**
**CR 07-00285 CW**

To Judge

This is a letter in response to a sentencing hearing for my father, Rolando Baca Ruiz. My name is Rolando Baca Jr. I am 23 years old. My fathers eldest son out of five. I was born in San Leandro , California and lived here all my life.. I am a American citizen. I know my father as a American.

I know my father as a family man, with vacations to Disneyland, 4th of July BBQ'S, Christmas, Thanksgiving get togethers and going to church. All these things are a regular in our life. I know my father as a hard worker, willing to travel to Reno Nevada to go paint if that was all that was offered to him. He has taught all of my brothers to paint and work hard for a living. He has even taken the littlest of my brothers out to help paint. I know my father as a man. Someone who is faced with great difficulties, and yet I never see him give up. He wants the best for his kids. Worrying about us getting a job, going back to school. Trying to make sure we are all going forward in our lives.

It's a hardship to have my father be in jail, facing deportation. It's a burden when I hear my father telling me to stay strong, be the man of the house while he is gone. I believe every child needs their father growing up. I'm hoping my father will be there for my younger brothers. To help them through all the trials they will be facing, just growing up us young men in this day and age. While my father has been in jail, I have been taking my little brother, Marcos to his boxing matches. He just recently won the title of Junior Olympics in boxing. Something that I am very proud of, and I know my father is proud of him too.

I know my father is facing a lot of problems in his life, which effects all of us. His deportation affects my whole family. My mom is working two jobs to support us all,, to keep us all together as a family. My parents believe in family, commitment and we are all trying hard to stay together.
I hope you can take my letter into consideration and thank you for your time in reading my letter.

Sincerely,

Rolando Baca Jr.

# Exhibit D

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

Thank you for letting me express myself about my father.  My name is Julio
Ceasar Baca and I am 21 years old, born in Fort Worth Texas.  I was born to
Rolando Baca Ruiz and Kelly Diane Baca.  We live in Hayward California.
I have lived with my parents my whole life.  I believe in loyalty, respect and
commitment.  To me, that equals marriage and that equals my parents.

I am grateful for a father who continues to try and keep us together as a
family.  My father means so much to me and is big part of my life.
Sometimes when I am wade down with emotions, thinking of our future as a
family and just as a young man trying to find my path in life, I think of my
fathers words to me.  Always encouraging, believing in me, wanting the best
for me.  To me, that's what it takes for me to keep walking towards a better
life.

I only know my father as a American.  Living in America.  Enjoying the
blessings of America.
I am sad for the place my father is at.  But I know things will get better.
Because we are a family and we stick together.  I've excepted that he will
get deported and when he is able , he will send for us!
I hope that day comes real soon.


Respectfully,


Julio Ceasar Baca


*Julio c Baca*

# Exhibit E

**U.S. v. Rolando Baca Ruiz**
CR 07-00285 CW

I am writing this letter in regards to my father Rolando Baca Ruiz.  My name is Edgar Baca, I am 18 years old and my fathers third son.  I am a American citizen.  Born here in Hayward, California.  I am a student and work part time.

My father has lived with me my whole life. I know my father as a American. This is all we know, the United States.  I know my father as a hard worker, a family man that loves his family. He has taken me to school, picked me up from school, he has been there for me growing up through my teen years. My dad has taken me to work, taught me to work as a painter. He has taken me to church and he has taught me to respect myself and to respect others. My  dad has taken me on vacations to Disneyland.  He is the only father I have.

I am proud of who I am because of  my father and  mother always being there for me.
And I admired my father because he never  gives up. I know my dad has some problems, but I love him.  It's hard for me to see him get deported and move to Mexico. Especially since we've lived in America our whole lives.

                              , please except these few words from my heart in your decision  with my fathers life.


Respectfully,

*Edgar Baca* (signature)

Edgar Baca

# Exhibit F

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

I am happy to write down my thought about my uncle and how he is important in my life. I am Eladio Jimenez Baca. I was born in Oakland California.

I am very close to my uncle and his family. I have lived in their home many years. The door is always open to me if I am in need. My uncle has helped me to find work. He got his boss to hire me, so we drove together back and forth to work. He made it possible for me to get back on my feet.

It means a lot to me to have these people in my life. My cousins are very close and I care for that family a lot.

When my uncle first came to California, he lived with my dad, his brother. So I have know him my whole life. My uncle loves his family.


Thank you,


Eladio Baca

*Eladio Baca*

# Exhibit G

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

Judge ............,

I'd like to take this opportunity to write to the courts about my uncle Rolando Baca Ruiz. My name is Eva Delgadillo. I am 20 years old and I was born in Fremont California. I have known my uncle and his family all my life. But through my high school years, my uncle and I have become much closer.

A couple of years ago I had gone through some hard times, trying to get my diploma, staying in high school. My uncle and his family were there for me. My uncle believed in me when the rest of my family was having a hard time with me. Uncle Rolando made sure I had a place to stay with him and his family. He made sure I was o.k. That extra emotional help from him, really made the difference in my life. I graduated from American High School in Fremont. How exciting that was! But I am thankful he was there to encourage me. Now I'm living on my on, working full time at Safeway, studying to be a butcher. And I also have a son.

We still keep in touch and I am very close to his family. He is kind hearted and willing to help out his family when ever possible.

Thank you!

*Eva Delgadillo*    10-19-07

Eva Delgadillo

# Exhibit H

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

To whom it may concern,

This is a letter to confirm my acquaintance with Mr. Rolando Baca. I know him as a member of the Revival Tabernacle, here in Fremont, CA. I have known him for 8 years, throught his wife, Kelly Baca, whom is a good friend of mine. He shows himself to be a family man and a hard worker. Very respectful to others and helpful in any way he can.

I hope this letter will give you a better understanding of who Rolando Baca is. He has a sincere heart in trying to the best for himself and his wife and children.

Thank you kindly.


Sincerely,

Eugenia Dohanitos

# Exhibit I

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

To whom it may concern;

I Hellan Anguiano have been a friend to the Baca family. I have known Rolando and Kelly and their five children for 12 yrs. now. This family has been attending church since I've known them.

Sincerely,
Hellam Anguiano

# Exhibit J

__U.S. v. Rolando Baca Ruiz__
**CR 07-00285 CW**

To whom it may conern,

I am a friend of Rolando Baca.  I know him through the church we attend together in Fremont, Reival Tabernacle.  I have known him for one year. His wife and sons are still here at the church,  and I want to be a support to him in anyway.

I would like to tell you, that Rolando is a good man.  Very loyal to his family and a hard worker.  Always staying busy with the church and being supportive to his wife.  They have five sons, so this is very hard on the family being seperated from eachother.

I want to thank you for this opportunity to express my support for Rolando.


Respectfully,

Peter Doliarifis

# Exhibit K

**U.S. v. Rolando Baca Ruiz**
**CR 07-00285 CW**

To Whom It May Concern:

Rolando Baca attended Vallecitos Center for Employment Training, Inc., as a machine
shop trainee in 1982 and also returned as a rehabilitation trainee in 1989 to be retrained in
computer skills. I remember Mr. Baca as a serious young man who was trying to
improve his life by learning skills that would help his economic status and also to help
him overcome his English speaking deficiencies.

I was impressed by Mr. Baca's rapport with fellow trainees and the respect he
demonstrated to the staff at Vallecitos CET. I had many conversations with Mr. Baca
during the time he attended training and I found him to be a decent young man who
strived to improve his life and be a productive member of the community.

If you have any questions concerning Mr. Baca, please call me at your convenience. I
can be reached at (510) 537-8400.

Sincerely,

John Olachea
Operations Manager
Vallecitos CET