2:00pm
YC
2:46pm - 3:00pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

NOV 07 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 11/7/07

Case No: CR-07-00285-CW        Judge: **CLAUDIA WILKEN**

Reporter: Starr Wilson        Clerk: Frances Stone **FOR SHEILAH CAHILL**

Defendant(s):                                              Defense Counsel:

ROLANDO BACA-RUIZ  Present? YES  In Custody? YES    JOYCE LEAVITT

_____    Present? __  In Custody? __    _____
_____    Present? __  In Custody? __    _____
_____    Present? __  In Custody? __    _____
_____    Present? __  In Custody? __    _____
_____    Present? __  In Custody? __    _____
_____    Present? __  In Custody? __    _____

US Attorney:       Interpreter: (NONE)    US Probation Officer:

BRYAN WHITTAKER                            CONNIE COOK

Reason for Hearing:                        Ruling:

JUDGMENT AND SENTENCING                    - HELD

CT. 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS
FOR A TERM OF 7J MONTHS. DEF PLACED ON SUPERVISED
RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.
DEF HAS RIGHT TO APPEAL.

Notes: _____

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
    Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial

Excludable Delay: Category: __  Begins: _____  Ends: _____