1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA  94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BACA-RUIZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR 07-00285 CW
                                       )
12          Plaintiff,                 )   STIPULATION AND
                                       )   [PROPOSED] ORDER
13     v.                              )   FOR SUBSTITUTION
                                       )   OF COUNSEL
14  ROLANDO BACA-RUIZ,                 )
                                       )
15          Defendant.                 )
    _____)

16

17

18

19       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Assistant

20  Federal Public Defender Joyce Leavitt will be withdrawing as attorney of record for defendant

21  Rolando Baca-Ruiz and CJA Panel Attorney Neil Rosenbaum will be substituted in her place.

22  Mr. Baca-Ruiz was sentenced in the underlying case on Wednesday, November 7, 2007. He has

23  indicated his desire to appeal his sentence as well as his attorney's representation in the

24  underlying matter, such that a substitution of counsel for these purposes is appropriate.  Please

25  direct all notices, correspondence, and service of pleadings to Mr. Rosenbaum at the following

26  address and number:  Neil Rosenbaum, 247 Hartford Street, Suite 200, San Francisco, CA

27  94114, telephone number (415) 626-4111 and facsimile number (415) 626-5432.

28

*Rolando Baca-Ruiz*, CR 07-00285 CW
STIPULATION AND [PROPOSED]
ORDER FOR SUBST. OF COUNSEL              1

Dated: November 14, 2007

JOYCE LEAVITT
Assistant Federal Public Defender

Dated: November 14, 2007

NEIL ROSENBAUM
CJA Panel Attorney

## ORDER

IT IS HEREBY ORDERED that Assistant Federal Public Defender Joyce Leavitt is hereby relieved as attorney of record for defendant Rolando Baca-Ruiz and CJA Panel Attorney Neil Rosenbaum is substituted in as attorney of record effective immediately.

CLAUDIA WILKEN
United States District Judge

*Rolando Baca-Ruiz*, CR 07-00285 CW
STIPULATION AND [PROPOSED]
ORDER FOR SUBST. OF COUNSEL          2