BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BACA-RUIZ

FILED

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00285 CW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL |
| v. ) | |
| ROLANDO BACA-RUIZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Assistant Federal Public Defender Joyce Leavitt will be withdrawing as attorney of record for defendant Rolando Baca-Ruiz and CJA Panel Attorney Neil Rosenbaum will be substituted in her place. Mr. Baca-Ruiz was sentenced in the underlying case on Wednesday, November 7, 2007. He has indicated his desire to appeal his sentence as well as his attorney's representation in the underlying matter, such that a substitution of counsel for these purposes is appropriate. Please direct all notices, correspondence, and service of pleadings to Mr. Rosenbaum at the following address and number: Neil Rosenbaum, 247 Hartford Street, Suite 200, San Francisco, CA 94114, telephone number (415) 626-4111 and facsimile number (415) 626-5432.

Dated: November 14, 2007

JOYCE LEAVITT
Assistant Federal Public Defender

Dated: November 14, 2007

NEIL ROSENBAUM
CJA Panel Attorney

## ORDER

IT IS HEREBY ORDERED that Assistant Federal Public Defender Joyce Leavitt is hereby relieved as attorney of record for defendant Rolando Baca-Ruiz and CJA Panel Attorney Neil Rosenbaum is substituted in as attorney of record effective immediately.

NOV 1 5 2007

CLAUDIA WILKEN
United States District Judge

*Rolando Baca-Ruiz,* CR 07-00285 CW
STIPULATION AND [PROPOSED]
ORDER FOR SUBST. OF COUNSEL

2