FILED

2007 DEC -6   10: 53

CLERK
NORTHERN        COURT
CALIFORNIA

1    Neil Rosenbaum (SBN 84866)
     247 Hartford Street, Suite 200
2    San Francisco, California 94114
     Telephone: (415) 626-4111
3
     Attorney for defendant
4    Rolando Baca-Ruiz

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,              No. CR 07-00285 CW

10              Plaintiff,

11        v.                                NOTICE OF APPEAL

12   ROLANDO BACA-RUIZ,

13              Defendant.

14   _____/

15

16        Please take notice that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a), defendant,

17   Rolando Baca-Ruiz, hereby appeals to the United States Court of Appeals for the Ninth Circuit from

18   the judgment in this case.

19        The district court sentenced Mr. Baca-Ruiz on November 7, 2007.

20        The judgment was entered on November 30, 2007.

21

22   Dated: December 4, 2007

23                                 Respectfully submitted,

24                                 Neil Rosenbaum

25

26                                 Neil Rosenbaum
                                   Attorney for defendant
                                   ROLANDO BACA-RUIZ

NOTICE OF APPEAL                          - 1 -

## DECLARATION OF SERVICE

Re:    *United States v. Rolando Baca-Ruiz*
       No. CR 07-00285 CW

I, Neil Rosenbaum, declare that I am over 18 years of age and not a party to this cause. My address is 247 Hartford Street, Suite 200, San Francisco, California 94114. I served a true copy of the attached NOTICE OF APPEAL on each of the following persons by placing a copy of the document in an envelope addressed as follows:

Brian Whittaker, Esq.
Assistant United States Attorney
United States Courthouse
1301 Clay Street, Suite 340S
Oakland, California 94612

On December 6, 2007, each envelope was sealed and deposited in the United States Mail at San Francisco, California, the county in which I work, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December **6**, 2007 at San Francisco, California.

Neil Rosenbaum