| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99) | | | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE  CAN | 2. PERSON REPRESENTED  BACA-RUIZ, ROLANDO | | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  CR-07-00285-CW | 5. APPEALS. DKT./DEF. NUMBER | | | 6. OTHER DKT NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)  UNITED STATES v. BACA-RUIZ | 8. PAYMENT CATEGORY  ☒ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other...  ☐ Appeal | 9. TYPE PERSON REPRESENTED  ☒ Adult Defendant  ☐ Appellee  ☐ Juvenile Defendant  ☐ Other...  ☐ Appellant | | | 10. REPRESENTATION TYPE  (See Instructions)  CC | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
8:1326

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS  NEIL ROSENBAUM  247 HARTFORD ST., STE. 200  SAN FRANCISCO, CA 94114  Telephone Number: 415-626-4111 | 13. COURT ORDER  ☐ O Appointing Counsel  ☐ C Co-counsel  ☒ F Subs For Federal Defender  ☐ R Sub for Retained Atty.  ☐ P Subs for Panel Attorney  ☐ Y Standby Counsel  Prior Attorney's Name: Leavitt, Joyce  Appointment Date: _____  ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR  ☐ Other (See Instructions)  [signature] Judge Wilken  Signature Of Presiding Judicial Officer or By Order Of The Court  DEC 11 2007       11/9/2007  Date Of Order        Nunc Pro Tunc Date  Repayment or partial repayment ordered from the person represented for this service at time of appointment.    ☐ YES  ☐ NO |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)  FILED  DEC 19 2007  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT | |

| CATEGORIES (attached itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court | | | | | |
| a. Arraignment And/or Plea | | | | | |
| b. Bail And Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify On Additional Sheets) | | | | | |
| (RATE PER HOUR = ___) TOTALS: | | | | | |
| 16. Out Of Court | | | | | |
| a. Interview and conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ___) TOTALS: | | | | | |
| 17. Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM: _____  TO: _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| 22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number ___  ☐ Supplemental Payment  Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO  Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.  I swear or affirm the truth or correctness of the above statements.  Signature Of Attorney _____   Date _____ | | |

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34A. JUDGE CODE |